IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-79-BO

| | | |
|---|---|---|
| HUMPHREY A. JONES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYSON FOODS, INC. and MIKE SHREVES, | ) | |
| | ) | |
| Defendants. | ) | |

This cause comes before the Court on plaintiff's voluntary dismissal of all claims against defendants Tyson Foods, Inc. and Mike Shreves. [DE 23]. Plaintiff has moved to voluntarily dismiss this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and defendants have consented. The Court ALLOWS plaintiff's request and this matter is hereby DISMISSED without prejudice as to defendants Tyson Foods, Inc. and Mike Shreves. As all defendants have stipulated to dismissal of this action [DE 24], and no claims or counterclaims remain for adjudication, the clerk is DIRECTED to close this case.

SO ORDERED, this 1 day of September, 2018.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE